# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3690

_____

Robin C. McDermott,                               *
                                                  *
             Plaintiff-Appellant,                 *
                                                  *
      v.                                          *
                                                  *
Thomas Dean Royal, In their individual            *
and official capacities as police officers        *
for the City of Springfield; Darren              *
Whisnant, In their individual and                 *
official capacities as police officers for        *
the City of Springfield; Doug Wilson,             *
In their individual and official                  *
capacities as police officers for the City        *
of Springfield; Brian Phillips, In their          *
individual and official capacities as             *
police officers for the City of Spring-           *
field; John A. Smith, In their                    *   Appeal from the United States
individual and official capacities as             *   District Court for the
police officers for the City of                   *   Western District of Missouri.
Springfield; Mike Wray, In their                  *
individual and official capacities as             *       [UNPUBLISHED]
police officers for the City of Spring-           *
field; Lynn Rowe, In his individual               *
capacity as Chief of Police for the City          *
of Springfield; Ron Dirickson, In his             *
individual capacity as Assistant City             *
Attorney; City of Springfield, A                  *
municipal corporation of the State of             *
Missouri,                                         *
                                                  *
             Defendants-Appellees.                *

_____

Submitted: July 8, 2004
Filed: July 27, 2004
_____

Before WOLLMAN, LAY, and MELLOY, Circuit Judges.
_____

PER CURIAM.

Robin McDermott appeals *pro se* from a final order entered in the United States District Court for the Western District of Missouri[1] granting the Defendants' motion for summary judgment. In her complaint, McDermott alleged that she was denied the rights secured to her by the First, Fourth, and Fourteenth Amendments to the United States Constitution by virtue of the Defendants' actions in connection with her arrest and subsequent prosecution on charges of obstructing a search and assault of an officer. She asserted a cause of action under § 1983, as well as various pendent state law claims. Having carefully reviewed the record and the applicable legal authorities, we find no error in the district court's disposition of this matter. Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47(B).

_____

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

-2-